[No. 58672-6-I.  Division One.  November 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON AGEE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-06802-3, Julie A. Spector, J., entered August 11, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58716-1-I.  Division One.  November 13, 2007.]

ANACORTES HOUSING AUTHORITY, *Respondent*, v. MICHAEL ADAM ASSENBERG ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Skagit County, No. 06-2-00999-4, John M. Meyer, J., entered June 23, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58740-4-I.  Division One.  November 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SHYANNE L. RASMUSSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-8-00245-6, H. Edwin Simmers, J. Pro Tem., entered July 14, 2006. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 59147-9-I.  Division One.  November 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA EVERYBODYTALKSABOUT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-07004-0, Steven G. Scott, J., entered February 21, 2003. *Affirmed* by unpublished per curiam opinion.